**UNITED STATES DISTRICT COURT**
<u>**EASTERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– against –<br><br>JEAN BOUSTANI, et al.,<br><br>Defendants. | Case No.: 1:18-cr-681<br><br><u>**NOTICE OF APPEARANCE**</u> |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that ARTHUR KUTOROFF appears as counsel for Defendant MANUEL CHANG in this action and demands that all parties serve copies of all notices and other papers in this action upon the counsel at the address indicated below:

Ford O'Brien Landy LLP
275 Madison Avenue, 24th Floor
New York, New York 10016
akutoroff@fordobrien.com

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       June 22, 2023

                                            FORD O'BRIEN LANDY LLP
                                            <u>*/s/ Arthur Kutoroff*</u>
                                            Arthur Kutoroff
                                            FORD O'BRIEN LANDY LLP
                                            *Attorney for Defendant Manuel Chang*
                                            275 Madison Avenue, 24th Floor
                                            New York, New York 10016
                                            Tel.: (212) 858-0040
                                            akutoroff@fordobrien.com