
**FORD O'BRIEN LANDY** LLP

July 12, 2024

**VIA ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Chang, Case No. 18-CR-681

Dear Judge Garaufis:

    As discussed in Court today, Mr. Chang submits this letter to respectfully request that Your Honor allow the following attorneys and trial team members access to the Courthouse with Personal Electronic Device(s) and/or General Purpose Computing Device(s) for the duration of the trial:

| Attorney/ Trial Team Member | Device(s) |
|---|---|
| Adam Ford | iPhone; laptop; power cord |
| Jamie Solano | iPhone; laptop; power cord |
| Anjula Prasad | iPhone; laptop; power cord |
| Stephen R. Halpin III | iPhone; laptop; power cord |
| Kimberly Dorismond (paralegal/hot seat) | iPhone; two laptops (Mac & Windows); power cord |
| Steven Brandt (back room technical support) | iPhone; laptop; power cord; printer |

Respectfully submitted,

FORD O'BRIEN LANDY LLP

*/s/ Adam C. Ford*
Adam C. Ford
Jamie H. Solano
Anjula S. Prasad
275 Madison Avenue, 24th Floor
New York, NY 10016
(212) 858-0040

*Counsel for Manuel Chang*

Cc: All Counsel of Record (via ECF)

**Application granted.
So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 7/12/24