UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA

v.

MANUEL CHANG

Defendant.
---------------------------------------------------------------x

**CLOTHING ORDER**

Case No. 1:18-CR-00681

Upon the application of Adam C. Ford, attorney for Manuel Chang (Inmate #10553-506), it is hereby Ordered that the defendant Manuel Chang shall appear at all trial proceedings in civilian clothing. The MDC shall accept the following items of clothing, on or before August 16, 2024:

- (2) Dress Suits
- (3) Dress Shirts
- (4) Ties
- (1) Belt
- (1) Pair of Dress Shoes
- (3) Pair of Socks

Any person approved to visit with Mr. Chang at the MDC shall be permitted to pick up soiled clothing and substitute clean clothing at times designated by the MDC. The Bureau of Prisons, and specifically, the MDC Brooklyn, are directed to comply with the ORDER.

Dated: July 12, 2024
Brooklyn, New York

So Ordered:

s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
United States District Court Judge