**DOCKET NUMBER:** 18-cr-681 (NGG)

**CRIMINAL CAUSE FOR** Conference

**BEFORE CHERYL L. POLLAK, U.S.M.J.**   **DATE:** 7/12/2024   **TIME IN COURT:** 66 min.

**DEFENDANT'S NAME:** Manuel Chang
X Present   ___ Not Present   X Custody   ___ Not Custody

**DEFENSE COUNSEL:** Jamie Solano, Adam Ford, Anjula Prasad, Stephen Halpin, Carolyn Sartori
___ Federal Defender   ___ CJA   X Retained

**A.U.S.A.:** Genny Ngai, Hiral Mehta       **PRETRIAL/PROBATION:**

**COURT REPORTER** ___   X **ESR OPERATOR** Clare Heine   **LOG:** 10:06-11:12

**INTERPRETER:** Adelia Ramos de Almeida, Theodore Fink   **LANGUAGE:** Portuguese

| | | | |
|---|---|---|---|
| X | Arraignment | ___ | Revocation of Probation – non-contested |
| ___ | Change of Plea Hearing (~*Util-Plea Entered*) | ___ | Revocation of Probation – contested |
| ___ | In Chambers Conference | ___ | Sentencing – non-evidentiary |
| X | Pre-Trial Conference | ___ | Sentencing – contested |
| ___ | Initial Appearance | ___ | Revocation of Supervised Rel. – evidentiary |
| ___ | Status Conference | ___ | Revocation of Supervised Rel. – non-evidentiary |
| ___ | Telephone Conference | ___ | Voir Dire Begun |
| ___ | Jury Selection | ___ | Voir Dire Held |
| ___ | Motion Hearing – evidentiary | | |
| ___ | Other Hearing: | | |

___ Case called
___ Defendant:   Sworn   Informed of Rights
___ Defendant consents to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.
___ Waiver of Indictment Executed
___ Defendant Withdraws Not Guilty Plea and Enters Plea of Guilty as Stated on the Record
___ Court Finds Factual Basis for the Plea
___ Sentencing Set for:
___ Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find that the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.
___ Order of Excludable Delay Entered:   From _____   To _____
___ Order of Temporary Detention Entered

**TEXT**

Case called. Defendant Manuel Chang present with counsel Jamie Solano, Adam Ford, Anjula Prasad, Stephen Halpin, Carolyn Sartori. AUSA Genny Ngai, AUSA Hiral Mehta, DOJ Trial Attorney Peter Cooch, DOJ Trial Attorney Morgan Cohen present for the government. Defendant arraigned on both counts of the Third

Superseding Indictment. Defendant pleads not guilty to both counts. Discussion held regarding case description and voir dire questions for jury selection. Defendant consented to having jury selection conducted by Magistrate Judge Pollak.